Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-330**

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
July 22, 2025

## Title

**Title of Work:** After the Rain - Ruby Throated Hummingbird and Hollyhocks

## Completion/Publication

**Year of Completion:** 2000
**Date of 1st Publication:** April 02, 2001
**Nation of 1st Publication:** Canada

## Author

- **Author:** Beth Hoselton-Gray
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Beth Hoselton-Gray
656 Fisher Street, Cobourg, K9A 0J4, Canada

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm
**Date:** April 30, 2025
**Applicant's Tracking Number:** BH2025043001

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-739**

**Effective Date of Registration:**
May 06, 2025

**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Tropical Fiesta - Hyacinth Macaws and Bougainvillea

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** May 02, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** Beth Hoselton-Gray
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Beth Hoselton-Gray
656 Fisher Street, Cobourg, K9A 0J4, Canada

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm
**Date:** May 06, 2025
**Applicant's Tracking Number:** BH2025043006

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-459-089**

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
August 25, 2025



---

## Title

**Title of Work:** Ancient Mariner - Green Sea Turtle

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** July 01, 2005
**Nation of 1st Publication:** Canada

## Author

- **Author:** Beth Hoselton-Gray
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Beth Hoselton-Gray
656 Fisher Street, Cobourg, K9A 0J4, Canada

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm
**Date:** April 30, 2025
**Applicant's Tracking Number:** BH2025043002

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-459-090**

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
August 25, 2025



## Title

**Title of Work:** River Light - Brook Trout

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 01, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Beth Hoselton-Gray
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Beth Hoselton-Gray
656 Fisher Street, Cobourg, K9A 0J4, Canada

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm
**Date:** April 30, 2025
**Applicant's Tracking Number:** BH2025043004

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-459-091**

**Effective Date of Registration:**
April 30, 2025
**Registration Decision Date:**
August 25, 2025



## Title

**Title of Work:** Spring Romance - Cardinal and Apple Blossoms

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** October 04, 1999
**Nation of 1st Publication:** Canada

## Author

- **Author:** Beth Hoselton-Gray
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Beth Hoselton-Gray
656 Fisher Street, Cobourg, K9A 0J4, Canada

## Rights and Permissions

**Organization Name:** Ansada Licensing Group, LLC
**Name:** Angela Davis
**Address:** 5438 Lockwood Ridge Road #162
Bradenton, FL 34203 United States

## Certification

**Name:** David Denholm
**Date:** April 30, 2025
**Applicant's Tracking Number:** BH2025043005

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-737**

**Effective Date of Registration:**
May 06, 2025
**Registration Decision Date:**
July 23, 2025



## Title
| | |
|---|---|
| **Title of Work:** | Jungle Queen - Tiger |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | April 04, 2001 |
| **Nation of 1st Publication:** | Canada |

## Author
| | |
|---|---|
| **Author:** | Beth Hoselton-Gray |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Beth Hoselton-Gray<br>656 Fisher Street, Cobourg, K9A 0J4, Canada |

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | Ansada Licensing Group, LLC |
| **Name:** | Angela Davis |
| **Address:** | 5438 Lockwood Ridge Road #162<br>Bradenton, FL 34203 United States |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 06, 2025 |
| **Applicant's Tracking Number:** | BH2025043003 |

