## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BETH HOSELTON-GRAY,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-14670

Judge John J. Tharp, Jr.

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the

Complaint:

| No. | Defendants |
|---|---|
| 1 | BeiLingJingMao |
| 2 | LLIANHH |
| 3 | shanxifengyuanshebeianzhuang |
| 5 | FFYS |
| 6 | 户外辉手电品 |
| 7 | luoyangzhadashangmaoyouxiangongsi |
| 8 | TangYinXianZhongXinQiCheZuLinFuWu |
| 9 | 范书柜收纳 |
| 10 | 灯明亮潇电子 |
| 11 | henanbaochangjianshegongcheng |
| 12 | yanshanxianyanlinghongtangshipin |
| 13 | chenwebbindexiaodian |
| 14 | CocooTu |
| 15 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 16 | henanhuachengbiaoshiyouxian |
| 19 | ming fang Convenience poster |
| 20 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 21 | 海冯边玩具 |
| 22 | dongguanshijinhonggongyipin |

| 25 | XSS Decorative paintings and posters |
|----|--------------------------------------|
| 26 | JLS painting poster expert |
| 27 | hchcsagc |
| 28 | TYG Digital oil painting factory |
| 29 | Yu Feng Diamond painting |
| 30 | HG Top Trend Clothes |
| 31 | QG Plussize clothing |

DATED: July 6, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***