**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BETH HOSELTON-GRAY

      Plaintiff,

      Case No.: 1:25-cv-14670

v.

      Judge John J. Tharp, Jr.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Magistrate Judge Gabriel A. Fuentes

      Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**
**AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment

against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

DATED: July 6, 2026          Respectfully submitted,

                */s/ Keith A. Vogt*
                Keith A. Vogt
                FL Bar No. 1036084 / IL Bar No. 6207971
                Keith A. Vogt PLLC
                1820 NE 163rd Street, Suite #306
                North Miami Beach, Florida 33162
                Telephone: 312-971-6752
                E-mail:  keith@vogtip.com

                ***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 6, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.