**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BETH HOSELTON-GRAY,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:25-cv-14670

Judge John J. Tharp, Jr.

Magistrate Judge Gabriel A. Fuentes

**<ins>DECLARATION OF BETH HOSELTON-GRAY</ins>**

I, BETH HOSELTON-GRAY, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the artist that creates the Beth Hoselton Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.    I am an artist. I have been a professional artist for over thirty years and have sold over 500 original works in a variety of media, including oil, acrylic, watercolor, egg tempera, pastel, stone lithography, and sculpture. I have had a love and aptitude for art from an early age. My father, a renowned sculptor, imparted his knowledge and enthusiasm for all things artistic. With his help, I was able to sell my drawings, receive painting commissions, and place them in galleries by the time I was eighteen. I have always found that the greatest inspiration comes from nature, from zoos to gardens, where there's boundless reference material of flora and fauna. I have used my talents to raise funds and

1

awareness for many causes, including World Wildlife Fund, Rotary, United Way, Horizons of Friendship, Algonquin Wolf Fund, the Ganaraska Region Conservation Authority, and a local hospital. I have also exhibited in numerous shows, and my art is held in private and corporate collections around the world.

4. I am the official source of products associated with the Beth Hoselton Works (the "Beth Hoselton Products"):



https://www.cobblehillpuzzles.com/collections/beth-hoselton?

5. I am the owner of the copyright registrations for the Beth Hoselton copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-453-330; VA 2-459-089; VA 2-459-091; and VA 2-453-737 (the "Beth Hoselton Works").

6. The success of the Beth Hoselton Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint

("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Beth Hoselton Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Beth Hoselton Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Beth Hoselton Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Beth Hoselton Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Beth Hoselton Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Beth Hoselton copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Beth Hoselton Works and derivative works.

10.     I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Beth Hoselton Works are meant to be exclusive rights.

11.     The marketing and distribution of the Beth Hoselton Works and derivative works are aimed at growing and sustaining sales. When infringers use the Beth Hoselton Works without authorization, the exclusivity associated with the Beth Hoselton Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12.     Uncontrolled profiteering and pirating of the Beth Hoselton Works create the impression that the copyright rights associated with the Beth Hoselton Works may be infringed with impunity. The Beth Hoselton Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Beth Hoselton Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Beth Hoselton Works cannot be compensated for financially since it erodes my ability to monetize the Beth Hoselton Works.

13.     I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2026.

*Beth Hoselton-Gray*

_____

Beth Hoselton-Gray

4