# EXHIBIT A

1

# EXHIBIT A

## Per-Defendant Address Investigation
## to the Declaration of Yanling Jiang

*Beth Hoselton-Gray v. The Partnerships and Unincorporated Associations Identified on Schedule A, No. 1:25-cv-14670 (N.D. Ill., Tharp); all map captures dated July 14, 2026.*

**No. 4 — jiangmenshixinhuiqudefuniqiufuhu (Amazon).**

Stated address: 新会区大鳌镇西江渡口所三十六顷天宝围, 江门市, 广东省, 529144, CN (Xinhui District, Da'ao Town, Xijiang Ferry Station, 三十六顷 [Thirty-six Qing] Tianbaowei; Jiangmen City, Guangdong Province).

Result: exact location not located as a discrete serviceable unit. Google web returned only a village-level match to 三十六顷村 (Thirty-six Qing Village), Da'ao Town, expressly flagging the remaining terms (西江渡口所 / 天宝围 / 529144) as "Missing"; Google Maps resolved only to Da'ao Town (Da'aozhen), Xinhui District, Jiangmen; and Amap resolved only to the 三十六顷村 area and its numbered management-zone buildings. Baidu Maps, after auto-switching from Guangzhou to Jiangmen, returned a single establishment — "Defu Loach Hatchery" (德富泥鳅孵化, corresponding to the romanized storefront "defuniqiufuhu") at 三十六顷天宝围, Xijiang Ferry, Da'ao Town — i.e., Baidu located a name-matching facility, but only a rural aquaculture site in a river-polder area with no building or unit number, not a discrete serviceable address.

Registry (Tianyancha): a registered entity — 江门市新会区德福泥鳅孵化服务有限公司 (a fish-fry/loach hatchery; USCC 91440705MA52LDB67M; legal rep 朱金云; active) — is registered at the exact platform address, but its name does not match the storefront and nothing links the alias to it; the address is also shared with a riverside food stall (新会区大鳌沿江大排档), and the hatchery's aquaculture business scope is inconsistent with an Amazon art seller. The address is not known as this Defendant's (see Ex. B, No. 4).

2



*Def. No. 4 — Google web search*



*Def. No. 4 — Google Maps*



*Def. No. 4 — Baidu Maps*



*Def. No. 4 — Amap*

## No. 17 — Meilaili Art (Amazon).

Stated address: 兴港二里40号, 厦门市, 海沧区, 福建省, 361000, CN (Xinggang Erli No. 40, Xiamen City, Haicang District, Fujian Province).

Result: exact unit not located. Google web returned no matching address (offered "Did you mean 兴港二路40号," region-level only, remaining terms flagged "Missing"); Google Maps resolved only to Haicang District, Xiamen (district level). Baidu Maps (switched to Xiamen) and Amap both resolve to the 兴港花园 / 兴港二里 residential compound in Haicang District — Baidu's top result is a reception desk on the 2nd floor of a tea house inside 兴港花园, and Amap lists numerous 兴港花园二期 apartment buildings — but neither locates the pleaded "兴港二里40号" as a discrete office or occupant. Resolves only to a residential compound.

Registry (Tianyancha): no registered entity matching this Defendant was found by name or at the platform address (see Ex. B, No. 17).

4



*Def. No. 17 — Google web search*



*Def. No. 17 — Google Maps*



*Def. No. 17 — Baidu Maps*



*Def. No. 17 — Amap*

**No. 18 — xiaonashangmao (Amazon).**

Stated address: 新华区青石山街道十一矿路与井时线交叉口向北十米3号，平顶山市，河南, 467000, CN (Xinhua District, Qingshishan Subdistrict, "10 meters north of the intersection of Shiyikuang Road and Jingshi Line, No. 3"; Pingdingshan City, Henan).

Result: the pleaded address is defined by reference to a road intersection ("10 meters north of the intersection of Shiyikuang Rd and Jingshi Line, No. 3"), not by a building. Google web returned only unrelated insurance-company records (no matching address). Google Maps returned a "Partial match" resolving to the Shiyikuang Rd / Jingshi Line intersection (Xinhua District, Pingdingshan, Henan) with no building. Baidu Maps resolves to the same intersection ("Well Time Line / Eleventh Mine Road (Intersection)") and the nearby 香苑小区 (Xiangyuan Community); Amap resolves only to the "井时线与十一矿路交叉口" intersection. No identifiable building or unit located.

Registry (Tianyancha): the storefront name returns only 20 phonetically-similar 商贸 companies, none registered in the pleaded city (平顶山市) and none at the pleaded address; no matching entity found (see Ex. B, No. 18).



*Def. No. 18 — Google web search*



*Def. No. 18 — Google Maps*



*Def. No. 18 — Baidu Maps*



*Def. No. 18 — Amap*

**No. 23 — yiwushiqiafengmaoyiyouxiangongsi (Amazon).**

Stated address: 延寿北街天通泰小区4号楼29-03, 莆田市, 荔城区, 福建省, 351100, CN (Yanshou North Street, Tiantongtai Residential Compound, Building 4, 29-03; Putian City, Licheng District, Fujian Province).

Result: exact unit not located. Google web returned only unrelated insurance records; Google Maps returned a "Partial match" resolving to Licheng District, Putian (district level). Baidu Maps (switched to Putian) and Amap both resolve to the 天通泰家苑 (Tiantongtai) residential compound on 延寿北街 (Yanshou North Street), Licheng District, Putian — including "天通泰家苑4号楼" (Building 4) — but the pleaded unit "4号楼29-03" is a residential-compound apartment, not confirmed as a discrete occupant. **Flag:** the storefront name begins "义乌市" (Yiwu City, Zhejiang) while the disclosed address is in Putian, Fujian — a name/address province mismatch, confirmed by the registry pass.

Registry (Tianyancha): the storefront pinyin corresponds to Yiwu, Zhejiang trading companies (closest: 义乌市恰奉贸易有限公司, USCC 91330782MAE5L69A71; legal rep 刘卫军; active), but all four pinyin matches are registered ~300 km away in a different province (浙江省) and none is at the pleaded Putian, Fujian (福建省) address; the registered address does not match, so it is not known as this Defendant's (see Ex. B, No. 23).

8



*Def. No. 23 — Google web search*



*Def. No. 23 — Google Maps*



*Def. No. 23 — Baidu Maps*



*Def. No. 23 — Amap*

**No. 24 — xiangchengshisuokanshangmaoyouxiangongsi (Amazon).**

Stated address: 光武湖滨路天安世家4号楼503室, 周口市, 项城市, 河南省, 466200, CN (Guangwu Hubin Road, Tianan Shijia, Building 4, Room 503; Zhoukou City, Xiangcheng City, Henan Province). Result: exact unit not located. Google web returned only unrelated insurance records; Google Maps returned a "Partial match" resolving to Xiangcheng City, Zhoukou, Henan (city level). Baidu Maps (switched to Zhoukou) resolves to the 坤禧天安世家 / 天安世家 residential compound (Guangwu Ave / Hubin Road, Xiangcheng City), including a "Building 4" pin, and Amap resolves to the same 天安世家 residential compound; the pleaded "4号楼503室" (Building 4, Room 503) is a residential apartment, not confirmed as a discrete occupant. Resolves only to a residential compound.

Registry (Tianyancha): a registered entity — 项城市锁看商贸有限公司 (USCC 91411681MA9GHYLY5Q; legal rep 韩娟娟) — is registered at the exact platform address, but it is 注销 (cancelled, 2022-06-30) and the same unit is shared with a second cancelled entity under the same legal rep (项城市锁含看商贸有限公司); the legal person is extinguished and service to the registered address would be futile, so the address is not known as a viable address for this Defendant (see Ex. B, No. 24).



*Def. No. 24 — Google web search*



*Def. No. 24 — Google Maps*



*Def. No. 24 — Baidu Maps*



*Def. No. 24 — Amap*

## No. 32 — 5diamondpainting (PayPal). — UNITED STATES ADDRESS.

Stated address: 2723 Vernon Street, San Diego, CA (platform-stated country: United States; source: storefront contact page).

Result: **NON-CHINESE ADDRESS — United States.** The disclosed U.S. street address did not verify. Google web returned no result confirming "2723 Vernon Street, San Diego, CA"; the closest "Vernon" matches are elsewhere (2723 S Vernon Ave, Dallas TX; 2723 W Vernon Ave, Los Angeles; 2721–2723 Washington St, Lemon Grove CA). Google Maps, searched for the address, returned only unrelated auto-body / detailing businesses across the San Diego region and dropped no pin at "2723 Vernon Street, San Diego." The address does not resolve to a verifiable premises. (Only Google web + Google Maps captures exist — no Baidu/Amap for a U.S. address.)

Registry (Tianyancha): N/A — U.S. defendant; PRC/Hague-China analysis inapplicable. Service is a domestic-service question, carved out of this China-Hague research.



*Def. No. 32 — Google web search*



*Def. No. 32 — Google Maps*

**No. 33 — littleturtlecottage (PayPal). — UNITED STATES ADDRESS / P.O. BOX.**
Stated address: Little Turtle Cottage, P.O. Box 1404, La Mesa CA 91944, United States (platform-stated country: United States; source: storefront policy page).

Result: **NON-CHINESE ADDRESS — United States, and a P.O. Box (not a physical premises).** Google web confirms the identifier as a U.S. online quilting-fabric store (littleturtlecottage.com) whose own privacy-policy page states the mailing address "P.O. Box 1404, La Mesa CA 91944, United States"; Google Maps carries a business listing "Little Turtle Cottage" (fabric store, littleturtlecottage.com, "Open 24 hours") but with no genuine physical location — the map pin drops offshore in the Pacific Ocean. A confirmed U.S. P.O. Box, not a serviceable street address. (Only Google web + Google Maps captures exist — no Baidu/Amap for a U.S. address.)

Registry (Tianyancha): N/A — U.S. defendant; PRC/Hague-China analysis inapplicable. Service is a domestic-service question, carved out of this China-Hague research.



*Def. No. 33 — Google web search*



*Def. No. 33 — Google Maps*

**Summary.** This matter divides into two populations. Five PRC Defendants (Nos. 4, 17, 18, 23, 24): the platform-disclosed address resolved on the mapping tools (Google, Google Maps, Baidu Maps, Amap) only to a village, town/district, road intersection, or residential compound – never to a discrete, serviceable unit connected to the specific Defendant – and the companion Exhibit B (Tianyancha) confirms that no Defendant's platform address is a known, Defendant-connected serviceable location: Nos. 17 and 18 return no matching registered entity; No. 23's only matches are registered ~300 km away in a different province; and the two exact-address registry hits are defeated – No. 4's registered entity is a fish-fry hatchery whose name does not match the storefront (and whose address is shared with a riverside food stall), and No. 24's name-phonetic entity is 注销 (cancelled) and shares its unit with a second cancelled entity, making service to the registered address futile. Accordingly, service on Nos. 4, 17, 18, 23, 24 is proposed by email under Rule 4(f)(3) per Hague Article 1 (address not known after reasonably diligent efforts to ascertain and verify); none verifies to a serviceable Defendant-connected address, so none re-tiers to Hague Central-Authority service. Two U.S. Defendants (Nos. 32–33): these disclose United States addresses, not PRC addresses – No. 32 a San Diego street address that did not verify on Google or Google Maps, and No. 33 a confirmed La Mesa, California P.O. Box for an online store with no physical premises. The PRC Hague / SAMR / Tianyancha analysis does not apply to them; they are domestic U.S. storefronts whose service is a domestic-service question carved out of this China-Hague analysis.

14

# EXHIBIT B

# EXHIBIT B

## PRC Corporate-Registry (Tianyancha 天眼查) Search Results

## to the Declaration of Yanling Jiang

**Matter:** Beth Hoselton-Gray v. The Partnerships and Unincorporated Associations Identified on Schedule A, No. 1:25-cv-14670 (N.D. Ill.)

**Judge:** John Joseph Tharp Jr.

**Date:** 2026-07-15

**Source:** Tianyancha Enterprise Database (天眼查)

**Method:** Dual search per defendant — (1) storefront name, (2) platform Chinese address

**Scope:** This exhibit covers the five PRC Defendants (Nos. 4, 17, 18, 23, 24). Defendants Nos. 32–33 disclose United States addresses; the PRC corporate registry is inapplicable to them and their rows are marked accordingly (their service is a domestic-service question addressed separately — see Exhibit A scope note).

## Summary Table

| No. | Storefront Name | Platform Address | Name Search Result | Address Search Result | Exact Address Match | Tier | Notes |
|---|---|---|---|---|---|---|---|
| 4 | jiangmenshixinhui qudefuniqiufuhu | 新会区大鳌镇西江渡口所三十六顷天宝围, 江门市, 广东省 529144 | No hit | 2 hits at address | **Yes** — 江门市新会区德福泥鳅孵化服务有限公司 | A | Entity at exact address; **name mismatch** (fish-fry hatchery; address shared with a riverside food stall) |
| 17 | Meilaili Art | 兴港二里40号, 厦门市, 海沧区, 福建省 361000 | No hit | No hit | No | A | — |
| 18 | xiaonashangmao | 新华区青石山街道十一矿路与井时线交叉口向北十米3号, 平顶山市, 河南 467000 | 20 phonetic matches (none in 平顶山市) | No hit | No | A | Phonetic-only; no entity in pleaded city |
| 23 | yiwushiqiafengma oyiyouxiangongsi | 延寿北街天通泰小区4号楼29-03, 莆田市, 荔城区, 福建省 351100 | 4 pinyin matches (all Yiwu, Zhejiang) | No hit | No | A | Registered address ≠ platform address (wrong province, ~300 km) |
| 24 | xiangchengshisuo kanshangmaoyoux iangongsi | 光武湖滨路天安世家4号楼503室, 周口市, 项城市, 河南省 466200 | 1 exact-pinyin match | 2 hits at address | **Yes** — 项城市锁看商贸有限公司 | A | Entity at exact address, but 注销 **(cancelled)**; shared cancelled unit |

| 32 | 5diamondpainting | 2723 Vernon Street, San Diego, CA (United States) | N/A — U.S. defendant; PRC registry inapplicable | N/A | N/A | A | **U.S. defendant** — domestic-service question |
| 33 | littleturtlecottage | P.O. Box 1404, La Mesa CA 91944 (United States) | N/A — U.S. defendant; PRC registry inapplicable | N/A | N/A | A | **U.S. defendant** — domestic-service question |

## Detailed Findings for Registry-Hit Defendants

### Defendant No. 4 — jiangmenshixinhuiqudefuniqiufuhu
**Registered entity at exact platform address:**

**Name:** 江门市新会区德福泥鳅孵化服务有限公司 (Defu Loach Hatching Service Co., Ltd., Xinhui District, Jiangmen City)

**USCC:** 91440705MA52LDB67M

**Legal Representative:** 朱金云

**Status:** 开业 (active; Tianyancha tags: 存续;小微企业;司法案件)

**Registered Capital:** 100万人民币

**Established:** 2018-12-06

**Registered Address:** 江门市新会区大鳌镇西江渡口所三十六顷天宝围

**Business Scope:** 鱼苗孵化及培育；养殖、销售：水产品 (fish-fry hatching and cultivation; aquaculture and sale of aquatic products)

**Name matches storefront?** No. The storefront (jiangmenshixinhuiqudefuniqiufuhu) is a romanized string that concatenates the geographic prefix (江门市新会区) with a partial romanization of the trade name (德福泥鳅), but the platform did not disclose the Chinese business name and nothing links the alias to the registered entity.

**Second entity at the same address:**

**Name:** 新会区大鳌沿江大排档 (a riverside food stall / 大排档)

**USCC:** 92440705MA4XCGC69M

**Legal Representative:** 梁润泉

**Status:** 存续 (active)

**Registered Capital:** 0.0008万人民币

**Established:** 2015-08-10

**Finding:** The address exactly matches a registered fish-fry hatchery (business scope inconsistent with an Amazon art/print seller) and is shared with a riverside food stall. The name-match prong fails; the address is not known as this Defendant's within the meaning of Article 1.

17

**Defendant No. 23 — yiwushiqiafengmaoyiyouxiangongsi**
**Closest registered entity (name-pinyin match):**

**Name:** 义乌市恰奉贸易有限公司 (Yiwu Qiafeng Trading Co., Ltd.)

**USCC:** 91330782MAE5L69A71

**Legal Representative:** 刘卫军

**Status:** 存续 (active)

**Registered Capital:** 10万人民币

**Established:** 2024-11-13

**Registered Address:** 浙江省金华市义乌市稠城街道丹溪北路127号201室（自主申报）

**Name matches storefront?** Pinyin match only. Three further pinyin matches (义乌市恰逢贸易有限公司 ×2, 义乌市恰封贸易有限公司) are all in Yiwu, Zhejiang.

**Finding:** All pinyin-matching entities are registered in 义乌市, 浙江省 (Yiwu, Zhejiang), while the platform-disclosed address is in 莆田市, 福建省 (Putian, Fujian) — a different province ~300 km away. The address search for the pleaded Putian address returned no hit; a shared-unit search at the registered Yiwu domicile returned only the entity itself. Registered address ≠ platform address; the address is not known as this Defendant's.

**Defendant No. 24 — xiangchengshisuokanshangmaoyouxiangongsi**
**Registered entity at exact platform address:**

**Name:** 项城市锁看商贸有限公司

**USCC:** 91411681MA9GHYLY5Q

**Legal Representative:** 韩娟娟

**Status: 注销 (cancelled)**

**Registered Capital:** 10万人民币

**Established:** 2021-03-22
**Cancellation Date:** 2022-06-30

**Registered Address:** 河南省周口市项城市光武湖滨路天安世家4号楼503室

**Regulatory Authority:** 周口市项城市市场监督管理局

**Name matches storefront?** Pinyin match only ("suokan" = 锁看).

**Second entity sharing the exact same unit (503室):**

**Name:** 项城市锁含看商贸有限公司

**USCC:** 91411681MADLRY595Y

**Legal Representative:** 韩娟娟 (same legal rep)

**Status:** 注销 **(cancelled)** (cancellation date ~2025-05-19)

**Registered Capital:** 10万人民币

**Established:** 2024-05-17

**Finding:** The registered address exactly matches the platform-disclosed address, but the entity is 注销 **(cancelled)** as of 2022-06-30 — the legal person is extinguished and service to the registered address would be futile. The exact unit is shared by a second, also-cancelled entity under the same legal representative (韩娟娟), indicating a virtual/shared registration point rather than a dedicated business premises. The name match is phonetic only. Tier A on both grounds (cancellation and name mismatch).

## Defendants Nos. 32-33 — U.S. defendants (PRC registry inapplicable)

Defendants Nos. 32 (5diamondpainting) and 33 (littleturtlecottage) disclose **United States** addresses on the platform/processor record (a San Diego street address and a La Mesa, California P.O. Box, respectively). They are not China-resident sellers; the Tianyancha PRC corporate registry does not apply to them. Registry result for each: **N/A — U.S. defendant; PRC registry inapplicable.** Their service is a domestic-service question and is addressed separately (see Exhibit A scope carve-out).

## Classification Key

**Tier A:** Email service (default). No confirmed registered entity matching both name and address (and, for cancelled entities, no viable registered person to serve).

**Tier B:** Hague Central Authority service. Requires (a) exact name match, (b) exact address match, AND (c) independent map verification. **None of the five PRC Defendants qualifies.**

All five PRC Defendants (Nos. 4, 17, 18, 23, 24) are Tier A. Defendants Nos. 32–33 are U.S. defendants outside the PRC framework entirely.

.

19