# EXHIBIT B

1

# EXHIBIT B

## PRC Corporate-Registry (Tianyancha 天眼查) Search Results

## to the Declaration of Yanling Jiang

**Matter:** Beth Hoselton-Gray v. The Partnerships and Unincorporated Associations Identified on Schedule A, No. 1:25-cv-14670 (N.D. Ill.)

**Judge:** John Joseph Tharp Jr.

**Date:** 2026-07-15

**Source:** Tianyancha Enterprise Database (天眼查)

**Method:** Dual search per defendant — (1) storefront name, (2) platform Chinese address

**Scope:** This exhibit covers the five PRC Defendants (Nos. 4, 17, 18, 23, 24). Defendants Nos. 32–33 disclose United States addresses; the PRC corporate registry is inapplicable to them and their rows are marked accordingly (their service is a domestic-service question addressed separately — see Exhibit A scope note).

## Summary Table

| No. | Storefront Name | Platform Address | Name Search Result | Address Search Result | Exact Address Match | Tier | Notes |
|---|---|---|---|---|---|---|---|
| 4 | jiangmenshixinhui qudefuniqiufuhu | 新会区大鳌镇西江渡口所三十六顷天宝围, 江门市, 广东省 529144 | No hit | 2 hits at address | **Yes** — 江门市新会区德福泥鳅孵化服务有限公司 | A | Entity at exact address; **name mismatch** (fish-fry hatchery; address shared with a riverside food stall) |
| 17 | Meilaili Art | 兴港二里40号, 厦门市, 海沧区, 福建省 361000 | No hit | No hit | No | A | — |
| 18 | xiaonashangmao | 新华区青石山街道十一矿路与井时线交叉口向北十米3号, 平顶山市, 河南 467000 | 20 phonetic matches (none in 平顶山市) | No hit | No | A | Phonetic-only; no entity in pleaded city |
| 23 | yiwushiqiafengma oyiyouxiangongsi | 延寿北街天通泰小区4号楼29-03, 莆田市, 荔城区, 福建省 351100 | 4 pinyin matches (all Yiwu, Zhejiang) | No hit | No | A | Registered address ≠ platform address (wrong province, ~300 km) |
| 24 | xiangchengshisuo kanshangmaoyoux iangongsi | 光武湖滨路天安世家4号楼503室, 周口市, 项城市, 河南省 466200 | 1 exact-pinyin match | 2 hits at address | **Yes** — 项城市锁看商贸有限公司 | A | Entity at exact address, but 注销 **(cancelled)**; shared cancelled unit |

| 32 | 5diamondpainting | 2723 Vernon Street, San Diego, CA (United States) | N/A — U.S. defendant; PRC registry inapplicable | N/A | N/A | A | **U.S. defendant** — domestic-service question |
| 33 | littleturtlecottage | P.O. Box 1404, La Mesa CA 91944 (United States) | N/A — U.S. defendant; PRC registry inapplicable | N/A | N/A | A | **U.S. defendant** — domestic-service question |

## Detailed Findings for Registry-Hit Defendants

### Defendant No. 4 — jiangmenshixinhuiqudefuniqiufuhu
**Registered entity at exact platform address:**

**Name:** 江门市新会区德福泥鳅孵化服务有限公司 (Defu Loach Hatching Service Co., Ltd., Xinhui District, Jiangmen City)

**USCC:** 91440705MA52LDB67M

**Legal Representative:** 朱金云

**Status:** 开业 (active; Tianyancha tags: 存续;小微企业;司法案件)

**Registered Capital:** 100万人民币

**Established:** 2018-12-06

**Registered Address:** 江门市新会区大鳌镇西江渡口所三十六顷天宝围

**Business Scope:** 鱼苗孵化及培育；养殖、销售：水产品 (fish-fry hatching and cultivation; aquaculture and sale of aquatic products)

**Name matches storefront?** No. The storefront (jiangmenshixinhuiqudefuniqiufuhu) is a romanized string that concatenates the geographic prefix (江门市新会区) with a partial romanization of the trade name (德福泥鳅), but the platform did not disclose the Chinese business name and nothing links the alias to the registered entity.

**Second entity at the same address:**

**Name:** 新会区大鳌沿江大排档 (a riverside food stall / 大排档)

**USCC:** 92440705MA4XCGC69M

**Legal Representative:** 梁润泉

**Status:** 存续 (active)

**Registered Capital:** 0.0008万人民币

**Established:** 2015-08-10

**Finding:** The address exactly matches a registered fish-fry hatchery (business scope inconsistent with an Amazon art/print seller) and is shared with a riverside food stall. The name-match prong fails; the address is not known as this Defendant's within the meaning of Article 1.

**Defendant No. 23 — yiwushiqiafengmaoyiyouxiangongsi**
**Closest registered entity (name-pinyin match):**

**Name:** 义乌市恰奉贸易有限公司 (Yiwu Qiafeng Trading Co., Ltd.)

**USCC:** 91330782MAE5L69A71

**Legal Representative:** 刘卫军

**Status:** 存续 (active)

**Registered Capital:** 10万人民币

**Established:** 2024-11-13

**Registered Address:** 浙江省金华市义乌市稠城街道丹溪北路127号201室（自主申报）

**Name matches storefront?** Pinyin match only. Three further pinyin matches (义乌市恰逢贸易有限公司 ×2, 义乌市恰封贸易有限公司) are all in Yiwu, Zhejiang.

**Finding:** All pinyin-matching entities are registered in 义乌市, 浙江省 (Yiwu, Zhejiang), while the platform-disclosed address is in 莆田市, 福建省 (Putian, Fujian) — a different province ~300 km away. The address search for the pleaded Putian address returned no hit; a shared-unit search at the registered Yiwu domicile returned only the entity itself. Registered address ≠ platform address; the address is not known as this Defendant's.

**Defendant No. 24 — xiangchengshisuokanshangmaoyouxiangongsi**
**Registered entity at exact platform address:**

**Name:** 项城市锁看商贸有限公司

**USCC:** 91411681MA9GHYLY5Q

**Legal Representative:** 韩娟娟

**Status: 注销 (cancelled)**

**Registered Capital:** 10万人民币

**Established:** 2021-03-22
**Cancellation Date:** 2022-06-30

**Registered Address:** 河南省周口市项城市光武湖滨路天安世家4号楼503室

**Regulatory Authority:** 周口市项城市市场监督管理局

**Name matches storefront?** Pinyin match only ("suokan" = 锁看).

**Second entity sharing the exact same unit (503室):**

4

**Name:** 项城市锁含看商贸有限公司

**USCC:** 91411681MADLRY595Y

**Legal Representative:** 韩娟娟 (same legal rep)

**Status:** 注销 **(cancelled)** (cancellation date ~2025-05-19)

**Registered Capital:** 10万人民币

**Established:** 2024-05-17

**Finding:** The registered address exactly matches the platform-disclosed address, but the entity is 注销 **(cancelled)** as of 2022-06-30 — the legal person is extinguished and service to the registered address would be futile. The exact unit is shared by a second, also-cancelled entity under the same legal representative (韩娟娟), indicating a virtual/shared registration point rather than a dedicated business premises. The name match is phonetic only. Tier A on both grounds (cancellation and name mismatch).

### Defendants Nos. 32-33 — U.S. defendants (PRC registry inapplicable)

Defendants Nos. 32 (5diamondpainting) and 33 (littleturtlecottage) disclose **United States** addresses on the platform/processor record (a San Diego street address and a La Mesa, California P.O. Box, respectively). They are not China-resident sellers; the Tianyancha PRC corporate registry does not apply to them. Registry result for each: **N/A — U.S. defendant; PRC registry inapplicable.** Their service is a domestic-service question and is addressed separately (see Exhibit A scope carve-out).

### Classification Key

**Tier A:** Email service (default). No confirmed registered entity matching both name and address (and, for cancelled entities, no viable registered person to serve).

**Tier B:** Hague Central Authority service. Requires (a) exact name match, (b) exact address match, AND (c) independent map verification. **None of the five PRC Defendants qualifies.**

All five PRC Defendants (Nos. 4, 17, 18, 23, 24) are Tier A. Defendants Nos. 32–33 are U.S. defendants outside the PRC framework entirely.

.