**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Beth Hoselton–Gray

                                  Plaintiff,

v.

                                    Case No.:
                                    1:25–cv–14670
                                    Honorable John J.
                                    Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the plaintiff's supplemental brief [34], the Court finds that the Hague Convention does not apply to the defendants. The plaintiff made "reasonably diligent efforts to ascertain and verify [the] defendant's mailing address," and was unable to do so. *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.,* 177 F.4th 793, 799 (7th Cir. 2026) (quoting *NBA Props., Inc. v. P'ships & Unincorporated Ass'ns Identified in Schedule "A",* 549 F. Supp. 3d 790, 796 (N.D. Ill. 2021)). Therefore, the plaintiff's motion for entry of default and default judgment [30] continues to be taken under advisement. Any objections or responses are due by 7/31/2026. The plaintiff is directed to provide defendants with notice of the default proceedings against them by 7/23/2026. To effectuate that notice, the Court directs the plaintiff to (1) update the website through which it has been publishing information about the case to provide notice of its motion for entry of default and default judgment, as well as the deadline to object set forth in this order, and (2) send an email to the email addresses provided for the defendants by third parties (or otherwise obtained by the plaintiff) informing them of the default proceedings against them, attaching a copy of plaintiff's motion for default judgment, memorandum in support thereof, and this order, and containing a link to the updated website. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.